# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID L. FOWLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03405-TWP-MJD |
| | ) | |
| CARLA A. KILGORE, KATHRYN M. ESCHMANN, JENNA WARD, THOMAS Z. HAYWARD, and OLUFOLAKEMI O. AWE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY CONCERNING DISMISSAL OF ACTION AND ORDER TO SHOW CAUSE

In the Entry of August 29, 2019, the Court screened the Complaint and explained that it is subject to dismissal for lack of jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B) because of a lack of federal question jurisdiction or diversity jurisdiction ([Filing No. 7](#)). The Court gave the Plaintiff an opportunity to amend his Complaint no later than September 20, 2019, and show cause why this case should not be dismissed because of a lack of subject-matter jurisdiction.

Plaintiff has not responded to any of the Court's Orders; however, the Court notes that each of its Orders has been returned to the Clerk of Court as "Return to Sender, Not Deliverable as Addressed, Unable to Forward." The Court has been mailing its Orders to Plaintiff using the address provided by the Plaintiff in his Complaint. Parties are responsible for ensuring that their correct and updated address is provided. However, the Court has since determined a potential correct address for Plaintiff. The **Clerk is directed** to mail a copy of the docket entries and Orders at [Filing No. 3](#); [Filing No. 4](#); [Filing No. 5](#); [Filing No. 6](#); and [Filing No. 7](#) to Plaintiff at 2350 Grace Street, Benton Harbor, MI 49022.

Having previously screened the Complaint and found it is subject to dismissal for lack of subject-matter jurisdiction, the Court **grants** Plaintiff leave to respond to the Court's Orders at Filing No. 6 and Filing No. 7 and to file an amended complaint by no later than **Friday, November 8, 2019**. If no amended complaint is filed by that date, this action will be dismissed for the reasons stated in the Court's Screening Order.

**SO ORDERED.**

Date: 10/15/2019

*Tanya Walton Pratt*
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David L. Fowler
2350 Grace Street
Benton Harbor, MI 49022